Hudson Valley Dairy Company, Respondent, v. Hyman Shereshevsky, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

In the Matter of the Application of Edward Domschke for an Order Restraining Edward F. Boyle and Others, Constituting the Board of Elections of the City of New York, from Printing on the Official Ballot the Name of William R. Wilson, etc.— Order affirmed, without costs. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

In the Matter of the Petition of Edward Domschke for an Order Restraining Edward F. Boyle and Others, Constituting the Board of Elections of the City of New York, from Printing on the Official Ballot the Name of Maurice De Young, etc.— Order affirmed, without costs. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

In the Matter of the Application of John G. Gerhard for Relief by a Peremptory Writ of Mandamus, or Otherwise, v. Irving Molitor, as Village Clerk of the Incorporated Village of Long Beach.— Order affirmed, without costs. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

In the Matter of the Petition of Louis A. Kelly for the Revocation of Letters of Administration Issued to Rachel Tucker, Appellant, on the Estate of Charles Stith, Deceased. Louis A. Kelly, as General Guardian of Ella Stith, an Infant, Respondent.— Decree of the Surrogate's Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

In the Matter of the Petition of Edward L. Welker for an Order Restraining Edward F. Boyle and Others, Constituting the Board of Elections of the City of New York, from Printing on the Official Ballot the Name of Bert Carey, etc.— Order affirmed, without costs. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

In the Matter of the Petition of Edward L. Welker, etc.— Appeal dismissed, without costs, on consent. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

In the Matter of the Application of William R. Wilson for a Peremptory Writ of Mandamus, etc.— Order affirmed, without costs. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

In the Matter of the Application of William R. Wilson for a Peremptory Writ of Mandamus, etc.— Order affirmed, without costs. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

Milton Sloman, Appellant, v. Frederick Seifter, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

Treib & Brodsky, Inc., Plaintiff, v. George A. F. North, Defendant.— Controversy determined in favor of plaintiff and against defendant, and judgment directed accordingly, without costs, upon the ground that under authority of *De Peyster* v. *Murphy* (66 N. Y. 622); *Lathers* v. *Keogh* (109 id. 583), and *Doonan* v. *Killilea* (87 Misc. Rep. 427), affirmed simultaneously